

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00228-CV

**ULLJA KUNTZE,**

                              **Appellant**

 **v.**

**SANDRA COWAN,**

                              **Appellee**

**From the 335th District Court**
**Burleson County, Texas**
**Trial Court No. 26,129**

## MEMORANDUM OPINION

Ullja Kuntze appeals the trial court's granting of a summary judgment against Kuntze. Following our standard policies and procedures, the Clerk of this Court notified Kuntze by letter dated February 27, 2019, that her appellant's brief had not been filed. In the same letter, the Clerk warned Kuntze that this appeal would be dismissed for want of prosecution unless, within 21 days from the date of the letter, a brief was filed. *See* TEX. R. APP. P. 38.8(a)(1); 42.3.

More than 21 days have passed and no brief has been filed. Accordingly, this appeal is dismissed. *Id*.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Appeal dismissed
Opinion delivered and filed April 3, 2019
[CV06]

